# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-155

_____

F.J.W.,

Appellant,

v.

M.F. and C.F.,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

September 1, 2020


PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Asad Sam Jubran of the Law Office of A. Sam Jubran, P.A., Jacksonville, for Appellant.

Lawrence John Gibney of the Law Office of L. Jack Gibney, Jacksonville, for Appellees.